## Commonwealth *v.* Lewis, Appellant.

Argued April 26, 1967. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Henry J. Albaugh,* with him *George A. Baldwin, Jr.,* for appellants.

*George E. James,* Assistant District Attorney, with him *Robert J. Masters,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 27, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.